AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Robert Mitchell

JUDGMENT IN A CIVIL CASE

v.

Cus, et al

CASE NUMBER: CV-08-88-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion (Ct. Rec. 13) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED as moot.

| | |
|---|---|
| June 17, 2008 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |